IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PLASTIC OMNIUM ADVANCED INNOVATION AND RESEARCH, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 16-187-LPS-CJB |
| DONGHEE AMERICA, INC. and DONGHEE ALABAMA, LLC, | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Robert M. Isackson and Nicholas H. Lam, of Orrick, Herrington & Sutcliffe

LLP, 51 West 52nd Street, New York, NY, 10019-6142, to represent defendants Donghee

America, Inc. and Donghee Alabama, LLC in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
   Philip A. Rovner (#3215)
   Jonathan A. Choa (#5319)
   Hercules Plaza
   P.O. Box 951
   Wilmington, DE 19899-0951
   (302) 984-6000
   provner@potteranderson.com
   jchoa@potteranderson.com

*Attorneys for Defendants Donghee America, Inc.
and Donghee Alabama, LLC*

Dated:  August 16, 2016
1231581

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Dated: _____          _____
                                        United States District Judge

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court; or if not paid previously, the fee payment

☒     will be submitted to the Clerk's Office upon the filing of this motion.

Date:  August 16, 2016

_____
Robert M. Isackson
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York 10019-6142
Telephone:  (212) 506-5280
rmisackson@orrick.com

## CERTIFICATION

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐      has been paid to the Clerk of the Court; or if not paid previously, the fee payment

☒      will be submitted to the Clerk's Office upon the filing of this motion.

Date:  August 16, 2016

_____
Nicholas H. Lam
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York 10019-6142
Telephone:  (212) 506-5109
nlam@orrick.com