IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Plastic Omnium Advanced Innovation and Research**, <br><br> Plaintiff, <br><br> v. <br><br> **Donghee America, Inc. and Donghee Alabama, LLC**, <br><br> Defendants. | Civil Action No. 16-0187-LPS-CJB <br><br> **Jury Trial Demanded** |

## Joint Claim Construction Statement

Pursuant to the Court's Scheduling Order (D.I. 30), Plaintiff Plastic Omnium Advanced Innovation and Research ("Plastic Omnium") and Defendants Donghee America, Inc. and Donghee Alabama, LLC (collectively, "Donghee") hereby provide their agreed upon claim constructions and Joint Claim Construction Chart setting forth the disputed claim terms from the asserted claims of U.S. Patent Nos. 6,814,921; 6,866,812; 7,166,253; 8,122,604; 8,163,228; 9,079,490; 9,399,326; and 9,399,327.

The parties agree that "via the core" means "by using the core" in claim 1 of the '604 patent. Intrinsic evidence supporting this construction can be found in the '604 patent at 5:33-43. The parties also agree that "concave relief" as used in the '490 patent means "a hollow shape without a cover, the base of which is formed by the part of the accessory surrounding the orifice or orifices and which is pointing

towards the inside of the tank." Intrinsic evidence supporting this construction can be found in the '490 patent at 3:61-66.

The attached Joint Claim Construction Chart includes each party's proposed construction for the disputed terms with citations to the intrinsic evidence in support of the parties' respective constructions. The parties have made a good faith effort to include herein all known support in the intrinsic record for their respective constructions, but reserve the right to supplement the attached Joint Claim Construction Chart with additional evidence and to rely upon additional evidence in their claim construction briefs.

Copies of the Asserted Patents and those portions of the intrinsic record relied upon are also attached hereto:

- A copy of the Joint Claim Construction Chart is attached hereto as Exhibit A;
- A copy of the '921 patent is attached hereto as Exhibit B;
- A copy of the '812 patent is attached hereto as Exhibit C;
- A copy of the '253 patent is attached hereto as Exhibit D;
- A copy of the '604 patent is attached hereto as Exhibit E;
- A copy of the '228 patent is attached hereto as Exhibit F;
- A copy of the '490 patent is attached hereto as Exhibit G;
- A copy of the '326 patent is attached hereto as Exhibit H;
- A copy of the '327 patent is attached hereto as Exhibit I;
- A copy of the other intrinsic evidence cited by the parties is attached hereto as Exhibits J1-J7.

| | |
|---|---|
| Dated: March 23, 2017 | Respectfully submitted, |
| BARNES & THORNBURG LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Regina S.E. Murphy<br>Chad S.C. Stover (No. 4919)<br>Regina S.E. Murphy (No. 5648)<br>1000 North West Street, Suite 1500<br>Wilmington, DE 19801<br>Tel: 302-300-3434<br>Fax: 302-300-3456<br>Email: chad.stover@btlaw.com<br>Email: gigi.murphy@btlaw.com<br><br>*Attorneys for Plaintiff Plastic Omnium Advanced Innovation and Research* | /s/  Jonathan A. Choa<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>*Attorneys for Defendants Donghee America, Inc. and Donghee Alabama, LLC* |