# EXHIBIT A

## A. Terms and Phrases in the '921 Patent (attached as Exhibit B)

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| "extruded parison of closed cross section"<br><br>Claim 1 | "plastic body with a continuous perimeter formed by an extrusion head"<br><br>**Intrinsic Evidence:**<br><br>'921 Patent at Fig. 1; 3:8-11; 3:24-38; 5:17-38. | "a plastic tube"<br><br>**Intrinsic Evidence:**<br><br>'921 patent at 5:21-27. |
| "punch"<br><br>Claim 1 | "a sealing structure that cooperates with the mold to clamp the sheet"<br><br>**Intrinsic Evidence:**<br><br>'921 Patent at Fig. 1; 1:53-59; 2:48-59; 4:30-40; 5:17-38. | "a male mold complementary to a female mold used to form the inside of the tank"<br><br>**Intrinsic Evidence:**<br><br>'921 patent at 2:48-51; 4:37-40; 5:31-34; Figure 1 (punch 5a). |
| "opening"<br><br>Claim 1 | Plain and ordinary meaning. If an express construction is deemed necessary:<br><br>"forming at least one sheet from the parison"<br><br>**Intrinsic Evidence:**<br><br>'921 Patent at Fig. 1; 3:8-11; 3:24-27; 3:35-38; 5:17-38. | "using guiding devices to separate the cut parison into a sheet"<br><br>**Intrinsic Evidence:**<br><br>'921 patent at 3:35-38; 5:28-30. |
| "at least one particular device allows simultaneous molding onto the shell of at least one fuel tank accessory by flow of the sheet"<br><br>Claim 5 | Plain and ordinary meaning. If an express construction is deemed necessary:<br><br>"at least one device attaches an accessory to the shell by flow of the sheet during the process of forming the tank shell and before joining the | "at least one particular device allows a fuel tank accessory to be molded at the same time"<br><br>**Intrinsic Evidence:**<br><br>'921 patent at 4:1-7. |

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| | shells"<br><br>**Intrinsic Evidence:**<br><br>'921 patent at Fig. 1; 3:54 – 4:7; 4:26-40; 4:41-47; 5:17-42. | |
| "during the operation of molding the shell" and<br><br>"during molding"<br><br>Claims 5, 8, 9 | Plain and ordinary meaning. If an express construction is deemed necessary:<br><br>"during the process of forming the tank shell and before joining the shells"<br><br>**Intrinsic Evidence:**<br><br>'921 patent at 2:36-37; 2:43-47; 2:52-67; 3:54-63; 4:4-7; 4:43-47; 5:4-9; 5:17-42. | "while the sheet is being compression and/or blow molded to form the shell"<br><br>**Intrinsic Evidence:**<br><br>'921 patent at 1:53; 4:1-7. |
| "the die side"<br><br>Claim 8 | This claim term is sufficiently definite.<br><br>**Intrinsic Evidence:**<br><br>'921 patent at Fig. 1; 4:30-38; 5:17-38. | Indefinite<br><br>**Intrinsic Evidence:**<br><br>Claims 1 and 4 on which claim 8 depends |

**B. Terms and Phrases in the '812 Patent (attached as Exhibit C)**

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| "extruding a multilayered parison"<br><br>Claim 16 | "forming a multilayered plastic product by passing, through a die, a composition of at least one thermoplastic melt homogenized in an extruder whose head is terminated by the die"<br><br>**Intrinsic Evidence:**<br><br>'812 Patent at Fig. 1; 1:54-57; 2:35-54; 3:9-48; 5:23-41. | "forcing plastic through a die head to form a plastic tube of multiple layers with a closed cross section"<br><br>**Intrinsic Evidence:**<br><br>'812 patent at Abstract; 1:54-57; 2:35-40; 5:23-30.<br><br>Reply to Office Action of October 16, 2003 at 10 |

2

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| | Reply to Office Action of October 16, 2003 at 9-12 (Exhibit J1 at PO_00000092-95). | (Exhibit J1 at PO_00000093). |
| "extruding a parison"<br><br>Claim 32 | "forming a plastic product by passing, through a die, a composition of at least one thermoplastic melt homogenized in an extruder whose head is terminated by the die"<br><br>**Intrinsic Evidence:**<br><br>'812 Patent at Fig. 1; 1:54-57; 2:35-54; 3:9-48; 5:23-41.<br><br>Reply to Office Action of October 16, 2003 at 9-12 (Exhibit J1 at PO_00000092-95). | "forcing plastic through a die head to form a plastic tube with a closed cross section"<br><br>**Intrinsic Evidence:**<br><br>'812 patent at Abstract; 1:54-57; 2:35-40; 5:23-30.<br><br>Reply to Office Action of October 16, 2003 at 10 (Exhibit J1 at PO_00000093). |
| "preassembled structure"<br><br>Claim 27 | Plain and ordinary meaning. If an express construction is deemed necessary:<br><br>"a premade structure"<br><br>**Intrinsic Evidence:**<br><br>'812 Patent at 3:64 – 4:40; 5:23-41. | "a set of multiple parts previously joined into a single arrangement that attaches to at least several accessories"<br><br>**Intrinsic Evidence:**<br><br>'812 patent at 4:4-13. |
| Order of steps<br><br>Claims 16 and 32 | No order of steps is required.<br><br>**Intrinsic Evidence:**<br><br>'812 Patent at 1:48-57; 2:46-67; 3:9-48; 5:23-41. | The steps must be performed in order.<br><br>**Intrinsic Evidence:**<br><br>The language of claims 16 and 32.<br><br>'812 patent at Abstract; 2:46-58; 5:23-41. |

3

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| | | Reply to Office Action of October 16, 2003 at 10 (Exhibit J1 at PO_00000093). |

### C. Terms and Phrases in the '253 Patent (attached as Exhibit D)

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| "preassembled structure"<br><br>Claim 1 | Plain and ordinary meaning. If an express construction is deemed necessary:<br><br>"a premade structure"<br><br>**Intrinsic Evidence:**<br><br>'253 Patent at 4:5-49; 5:36-56; claims 4, 5, 13, and 14. | "a set of multiple parts previously joined into a single arrangement that attaches to at least several accessories"<br><br>**Intrinsic Evidence:**<br><br>'812 patent at 4:4-13. |
| "incorporating at least one of an accessory or a duct within the hollow body"<br><br>Claim 1 | Plain and ordinary meaning. If an express construction is deemed necessary:<br><br>"inserting an accessory or duct into the hollow body"<br><br>**Intrinsic Evidence:**<br><br>'253 Patent at Fig. 1; 1:28-31; 1:56-61; 3:39-48; 3:65 – 4:49; 5:36-56. | "inserting an accessory or a duct into an extruded plastic tube which has been cut"<br><br>**Intrinsic Evidence:**<br><br>'253 patent at 3:39-48; 3:65-4:4. |
| "closing said mould in a way which eliminates any interface between said at least one of said accessory or said duct and an external atmosphere outside of the hollow body" | This claim term is sufficiently definite.<br><br>**Intrinsic Evidence:**<br><br>'253 Patent at Fig. 1; 1:21-31; 3:65 – 4:49; 5:36-56.<br><br>Reply to Office Action of March 28, 2006 at 2, 5, and 6 (Exhibit J2 at PO00000338, | Indefinite<br><br>**Intrinsic Evidence:**<br><br>'253 patent at 1:25-31.<br><br>Reply to Office Action of March 28, 2006 at 2, 5, and 6 (Exhibit J2 at PO00000338, 341-342). |

4

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| Claim 1 | 341-342); Examiner's amendment of 9/8/2006 (Exhibit J2 at PO_00000349). | |
| "supported by"<br><br>Claim 1 | Plain and ordinary meaning. If an express construction is deemed necessary:<br><br>"held by"<br><br>**Intrinsic Evidence:**<br><br>'253 Patent at 4:12-49; 5:36-56; claims 4, 13, and 14. | "attached to"<br><br>'253 patent at 4:12-22; 4:33-42. |

### D. Terms and Phrases in the '604 Patent (attached as Exhibit E)

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| "inserting a core into the parison during the blow-molding"<br><br>Claim 1 | Plain and ordinary meaning. If an express construction is deemed necessary:<br><br>"inserting a core into the parison during the blow molding process."<br><br>**Intrinsic Evidence:**<br><br>'604 Patent at Abstract; 2:7-20; 4:63 – 5:14; 5:33-60. | "inserting a core into the parison, then injecting pressurized gas to form the fuel tank"<br><br>**Intrinsic Evidence:**<br><br>'604 patent at 5:44-45. |
| "the accessory is movable relative to the at least one of the at least two fastening points" and<br><br>"the accessory is movable relative to all the fastening points." | These claim terms are sufficiently definite.<br><br>**Intrinsic Evidence:**<br>'604 Patent at Figs. 1-4; Abstract; 2:7-20; 3:55 – 4:62; claims 3-6.<br><br>Reply to Office Action of December 23, 2010 at 4-8 (Exhibit J3 at PO_00000981- | Indefinite |

5

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| Claims 1 and 7 | 985). | |
| "rigid"<br><br>Claim 4 | This claim term is sufficiently definite.<br><br>**Intrinsic Evidence:**<br><br>'604 Patent at Figs. 2-4; 4:22-30. | Indefinite |
| "flexible"<br><br>Claim 4 | This claim term is sufficiently definite.<br><br>**Intrinsic Evidence:**<br><br>'604 Patent at Figs. 1-5; 4:7-57. | Indefinite |
| "extruded tubular parison"<br><br>Claim 8 | Plain and ordinary meaning. If an express construction is deemed necessary:<br><br>"an extruded preform intended to form the wall of the fuel tank after molding"<br><br>**Intrinsic Evidence:**<br><br>'604 Patent at 4:63–5:10. | "a plastic tube formed by forcing plastic through a die head"<br><br>'604 patent at 5:4-14. |

E. **Terms and Phrases in the '228 Patent (attached as Exhibit F)**

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| "stretched"<br><br>Claim 1 | Plain and ordinary meaning. If an express construction is deemed necessary:<br><br>Must be construed in the context of the entire claim phrase "bend which is stretched" means "bend which is elongated relative to its relaxed state" | "extended in length by pulling"<br><br>'228 patent at 3:52-62; 5:33-36; Figures 2 and 3 (described at 5:33-36). |

6

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| | **Intrinsic Evidence:**<br><br>'228 Patent at Figs. 1-3; Abstract; 1:21-52; 3:47-62; 4:20-26; 4:56-67; 5:28-36.<br><br>Reply to Office Action of February 22, 2011 at 7-9 (Exhibit J4 at PO_00000627-629). | |
| "tank is molded such that it includes several pockets"<br><br>Claim 9 | "tank is molded with more than one cavity"<br><br>**Intrinsic Evidence:**<br><br>'228 Patent at 5:1-25. | "the tank is a saddle shaped tank with at least two pockets"<br><br>**Intrinsic Evidence:**<br><br>'228 patent at 5:1-3. |

7

## F. Terms and Phrases in the '490 Patent (attached as Exhibit G)

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| "convex relief"<br><br>Claim 1 | "projection"<br><br>**Intrinsic Evidence:**<br><br>'490 Patent at Abstract, Figs. 2 and 3; 1:60 – 2:10; 6:1-36; 6:48-59; 7:1-25.<br><br>Reply to Office Action of July 11, 2013 at 9-10 (Exhibit J5 at PO_00001345-1346); Reply to Office Action of March 14, 2014 at 6-8 (Exhibit J5 at PO_00001393-1395); Reply to Office Action of August 15, 2014 at 2-4 and 6-8 (Exhibit J5 at PO_00001432-1434, 1436-1438); Notice of allowability (Exhibit J5 at PO_00001453, 1455). | "outgrowth"<br><br>**Intrinsic Evidence:**<br><br>'490 patent at 2:5-10; 6:4-7; Figure 3 (described at 2:17-21, 7:14-25). |
| "at the same time as said tank is manufactured by moulding with a mould"<br><br>Claim 1 | Plain and ordinary meaning. If an express construction is deemed necessary:<br><br>"during the blow molding process"<br><br>**Intrinsic Evidence:**<br><br>'490 Patent at Abstract, 1:60 – 2:10, 4:63 – 5:45; 6:1-15; 6:37-47; 7:1-25. | "while the plastic is being thermoformed or blow molded to form the tank"<br><br>**Intrinsic Evidence:**<br><br>'490 patent at 4:58-62; 5:25-32. |
| "counterform"<br><br>Claim 1 | "portion corresponding to an upper part of the rivet"<br><br>**Intrinsic Evidence:**<br><br>'490 Patent at Figs. 2 and 3; 3:40 – 4:22; 6:1-23; 7:1-25; claim 12. | "a hollow shape that molds the upper part of the rivet"<br><br>**Intrinsic Evidence:**<br><br>'490 patent at 6:7-11. |

8

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| | Reply to Office Action of August 15, 2014 at 2-4 and 6-8 (Exhibit J5 at PO_00001432-1434, 1436-1438); Notice of allowability (Exhibit J5 at PO_00001453, 1455). | |

**G. Terms and Phrases in the '326 Patent (attached as Exhibit H)**

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| "orifice"<br><br>Claims 1, 25, 27, 33, and 34 | Plain and ordinary meaning. If an express construction is deemed necessary:<br><br>"hole"<br><br>**Intrinsic Evidence:**<br><br>'326 Patent at Abstract, Figs. 1-4; 2:15-32; 3:26 - 4:10; 5:46-54; 6:7-67. | "a hole that passes through the accessory [or support for an accessory]"<br><br>**Intrinsic Evidence:**<br><br>'327 patent at Abstract; 2:15-32; Figures 1 and 2 (described at 6:4-56). |
| "said at least one orifice has a variation along a plane perpendicular to the wall of the accessory that is tailored to make it easier to force molten plastic through the orifice"<br><br>Claims 1 and 25 | This claim term is sufficiently definite.<br><br>**Intrinsic Evidence:**<br><br>'326 Patent at Figs. 1-2; 2:15-32; 3:43 – 4:10; 6:7-67.<br><br>Response to Office Action mailed December 23, 2015 (Exhibit J6). | Indefinite<br><br>**Intrinsic Evidence:**<br><br>'326 patent at 3:48-53. |
| "shaping the protruding molten plastic"<br><br>Claim 1 | This claim term is sufficiently definite. If a construction is deemed necessary: | Indefinite; if not, "applying a counterform to deform the protruding molten plastic" |

9

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| | "shaping the top of the protruding molten plastic to provide a self-formed plastic rivet"<br><br>**Intrinsic Evidence:**<br><br>'326 Patent at Abstract; Figs. 1-2; 2:24-26; 3:33 – 4:10; 4:62 – 5:2; 6:7-67.<br><br>Response to Office Action mailed December 23, 2015 (Exhibit J6). | **Intrinsic Evidence:**<br><br>'326 patent at 3:35-41; 4:62 – 5:2; 6:22-30; 6:45-49; 3:54-57. |
| "the protrusion having been shaped"<br><br>Claim 25 | This claim term is sufficiently definite. If a construction is deemed necessary:<br><br>"shaping the top of the protruding molten plastic to overhang the at least one orifice"<br><br>**Intrinsic Evidence:**<br><br>'326 Patent at Abstract; Figs. 1-2; 2:24-26; 3:33 – 4:10; 4:62 – 5:2; 6:7-67.<br><br>Response to Office Action mailed December 23, 2015 (Exhibit J6). | Indefinite; if not, "the protrusion having been deformed by the application of a counterform"<br><br>**Intrinsic Evidence:**<br><br>'326 patent at 3:35-41; 4:62 – 5:2; 6:22-30; 6:45-49; 3:54-57. |
| "accessory"<br><br>Claims 1, 13, 25, 33, 34, and 44 | Plain and ordinary meaning. If an express construction is deemed necessary:<br><br>"any object or functional device generally associated with the fuel tank in its conventional mode of use or of operation and which | "any object or functional device generally associated with the fuel tank in its conventional mode of use or of operation and which collaborates therewith in order to perform certain useful functions" |

10

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| | collaborates therewith in order to perform certain useful functions, or a support for one of several of such devices." **Intrinsic Evidence:** '326 Patent at 3:5-13; claims 9-13 and 40-44. | **Intrinsic Evidence:** The language of claims 1, 25, 33, and 34 '326 patent at 3:6-10. |

**H. Terms and Phrases in the '327 Patent (attached as Exhibit I)**

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| "shaping the protruding molten plastic" Claims 1 and 9 | This claim term is sufficiently definite. If a construction is deemed necessary: "shaping the top of the protruding molten plastic to provide a self-formed plastic rivet" **Intrinsic Evidence:** '327 Patent at Abstract; Figs. 1-2; 2:26-28; 3:35 – 4:12; 4:63 – 5:3; 5:46-54; 6:27 – 7:17. Reply to Office Action of January 4, 2016 at 8-14 (Exhibit J7 at PO_00001914-1920); Notice of allowability (Exhibit J7 at PO_00001965-1966). | Indefinite; if not, "applying a counterform to deform the protruding molten plastic" **Intrinsic Evidence:** '326 patent at 3:35-41; 4:62 – 5:2; 6:22-30; 6:45-49; 3:54-57. |
| "at the time of manufacture of the tank when moulding" | Plain and ordinary meaning. If an express construction is deemed necessary: "during the blow molding | "while the plastic is being thermoformed or blow-molded to form the tank" '327 patent at 4:40 – 5:19. |

11

| Term/Phrase | Plastic Omnium's Proposed Construction | Donghee's Proposed Construction |
|---|---|---|
| Claim 1 | operation"<br><br>**Intrinsic Evidence:**<br><br>'327 Patent at Abstract; Figs. 1-2; 2:29-34; 4:40 – 5:3; 6:27 – 7:17.<br><br>Reply to Office Action of April 10, 2015 at 10 (Exhibit J7 at PO_00001864); Reply to Office Action of January 4, 2016 at 8-14 (Exhibit J7 at PO_00001914-1920); Notice of allowability (Exhibit J7 at PO_00001965-1966). | |
| "split or at least two part parison"<br><br>Claims 1 and 9 | Plain and ordinary meaning. If an express construction is deemed necessary:<br><br>"a plastic body for blow-molding that is split or made into two parts"<br><br>**Intrinsic Evidence:**<br><br>'327 Patent at Abstract; Figs. 1-2; 1:64 – 2:1; 4:40 – 5:19; 6:36-51. | "an extruded plastic tube which has been cut"<br><br>**Intrinsic Evidence:**<br><br>'327 patent at 4:40-54. |