**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PLASTIC OMNIUM ADVANCED INNOVATION AND RESEARCH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 16-187-LPS-CJB |
| DONGHEE AMERICA, INC. and DONGHEE ALABAMA, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS DONGHEE AMERICA, INC. AND DONGHEE ALABAMA, LLC'S MOTION TO STAY

Defendants Donghee America, Inc. and Donghee Alabama, LLC respectfully move the Court to stay this case pending *inter partes* review of asserted United States Patent Nos. 6,814,921; 6,866,812; 7,166,253; 8,122,604 (the "'604 Patent"); 9,079,490; 9,399,326; and 9,399,327 and the pending *ex parte* reexamination of the '604 Patent before the United States Patent and Trademark Office.  The grounds for this motion are fully set forth in the Opening Brief filed contemporaneously herewith, and upon the papers, records and pleadings on file with the Court.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Alyssa Caridis
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
(213) 629-2020

Nicholas H. Lam
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
(212) 506-5000

Dated:  August 29, 2017
5368865

By: */s/ Philip A. Rovner*
   Philip A. Rovner (#3215)
   Jonathan A. Choa (#5319)
   Hercules Plaza
   P.O. Box 951
   Wilmington, DE 19899-0951
   (302) 984-6000
   provner@potteranderson.com
   jchoa@potteranderson.com

*Attorneys for Defendants*
*Donghee America, Inc. and*
*Donghee Alabama, LLC*