IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PLASTIC OMNIUM ADVANCED INNOVATION AND RESEARCH, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 16-187-LPS |
| DONGHEE AMERICA, INC. and DONGHEE ALABAMA, LLC, | : : : | |
| Defendants. | : | |

## ORDER

At Wilmington, this **22nd** day of **May, 2018**:

For the reasons set forth in the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that:

1. Donghee's *Daubert* motion to exclude the testimony of David A. Haas (D.I. 219) is GRANTED IN PART and DENIED IN PART.

2. Donghee's motion for summary judgment of non-infringement (D.I. 223) is GRANTED as to the '921, '812, '327, '253, and '490 patents and DENIED as to the '326 patent. It is further DENIED as to the asserted claims of the '228 patent based on the parties' stipulated dismissal of that patent.

3. Donghee's motion for summary judgment of no willful infringement is GRANTED as to the '921, '812, '327, '253, '490, and '326 patents and DENIED as to the '228 patent based on the parties' stipulated dismissal of that patent.

4. The parties shall meet and confer and, no later than **May 24**, submit a joint status report, indicating (in addition to anything else they wish the Court to know): (i) whether they still

request that the Court resolve one or more additional claim construction disputes that have recently been briefed (*see* D.I. 294, 300, 301, 305, 306); and (ii) how today's decision impacts matters presented in the proposed pretrial order filed yesterday.

*[signature]*
UNITED STATES DISTRICT JUDGE