**BARNES & THORNBURG** LLP

1000 N. West Street
Suite 1500
Wilmington, Delaware 19801
302-300-3434
302-300-3456 (Fax)

Regina S.E. Murphy
Of Counsel
(302) 300-3475
gigi.murphy@btlaw.com

May 24, 2018

**Via CM/ECF and Hand Delivery**
The Honorable Leonard P. Stark
United States District Judge
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Wilmington, DE 19801-3570

> RE: **Plastic Omnium Advanced Innovation and Research v. Donghee America, Inc. and Donghee Alabama, LLC, Civil Action No. 1:16-cv-00187-LPS-CJB**

Dear Chief Judge Stark:

Further to the Court's Order regarding Defendants' *Daubert* motion and motion for summary judgment (D.I. 311), Plaintiff Plastic Omnium and Defendants Donghee America, Inc. and Donghee Alabama, LLC hereby submit this joint status report indicating whether any additional claim construction disputes remain between the parties and addressing how the Court's *Daubert* and summary judgment decisions impact matters presented in the proposed pretrial order. The pretrial conference in this case is scheduled for June 1, 2018 at 11:30 am.

As to the claim construction disputes that have recently been briefed (*see* D.I. 294, 300, 301, 305, 306), Defendants request that the Court construe the term "molten plastic" in U.S. Patent No. 9,399,326.

Regarding the proposed pretrial order submitted on May 21, 2018, the parties identify the following issues that remain in dispute or have been impacted by the Court's recent decisions:

- Nature of the case summary and statements of uncontested facts, contested facts, and issues of law (Exhibits A-E): The parties will update these sections of the pre-trial order by Tuesday, May 29, 2018, to reflect the issues that remain in dispute.
- List of witnesses the parties expect to call (Exhibits F-G): The parties will update their witness lists (including expert identifications) by Tuesday May 29, 2018, to reflect the issues that remain in dispute.
- Testimony by Deposition (Exhibits H-I): The parties agree that deposition designations need not be resubmitted/exchanged.
- Exhibit Lists (Exhibits J-L): The parties agree that exhibit lists need not be resubmitted/exchanged.
- The parties' agree to update their damages statements in the pre-trial order by Tuesday, May 29, 2018.
- Motions *in limine* (Exhibits M-R). The following motions *in limine* have been rendered moot by the Court's decisions:
    - Plastic Omnium's Motion *in limine* No. 1 (Exhibit M)

- Donghee's Motion *in limine* No. 2 (Exhibit Q)
- Length of Trial (Section XII): Plastic Omnium requests 24 hours (total) for trial presentations, with the time to be divided equally between the parties. Defendants request at most 20 hours (total) for trial presentations, with the time to be divided equally between the parties.
- Additional Matters (Section XV): The parties agree that issues 9-11 are mooted.

Respectfully,

*Regina S.E. Murphy*

Regina S.E. Murphy

cc: All counsel of record via email