IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLASTIC OMNIUM ADVANCED INNOVATION AND RESEARCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONGHEE AMERICA, INC. and DONGHEE ALABAMA, LLC,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　C.A. No. 16-187-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Plastic Omnium Advanced Innovation and Research ("Plastic Omnium") and Defendants Donghee America, Inc. and Donghee Alabama, LLC (collectively, "Donghee") hereby stipulate and agree, subject to the approval of the Court that:

1.　Plastic Omnium, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby dismisses without prejudice Count Seven of its Amended Complaint (D.I. 14), alleging infringement of United States Patent No. 9,399,326 (the "'326 Patent").

2.　Any subsequent case asserting infringement of the '326 Patent by Plastic Omnium against Donghee Alabama, Inc. and/or Donghee America, LLC must be filed in the United States District Court for the District of Delaware.  The parties further agree that they can use in the refiled case the fact discovery already taken in this case as of the time of this dismissal and no new fact discovery shall occur, except that fact discovery may be updated as applicable in light of judicial rulings, changes in circumstances and/or the passage of time.

3.　Each party shall bear its own costs to date related to the '326 Patent.

4.　The parties will provide a proposed final judgment to the Court on or before June 7, 2018.

| BARNES & THORNBURG LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Regina S.E. Murphy* <br>    Chad S. C. Stover (#4919) <br>    Regina S.E. Murphy (#5648) <br>    1000 North West Street <br>    Suite 1500 <br>    Wilmington, DE 19801 <br>    (302) 300-3434 <br>    chad.stover@btlaw.com <br>    gigi.murphy@btlaw.com | By: */s/ Philip A. Rovner* <br>    Philip A. Rovner (#3215) <br>    Jonathan A. Choa (#5319) <br>    Hercules Plaza <br>    P.O. Box 951 <br>    Wilmington, DE 19899-0951 <br>    (302) 984-6000 <br>    provner@potteranderson.com <br>    jchoa@potteranderson.com |
| *Attorneys for Plaintiff Plastic Omnium Advanced Innovation and Research* | *Attorneys for Defendants Donghee America, Inc. and Donghee Alabama, LLC* |

Dated: June 1, 2018


**SO ORDERED** this _____ day of _____, 2018.


_____
The Honorable Leonard P. Stark
Chief, United States District Judge