# United States Court of Appeals for the Federal Circuit

---

**PLASTIC OMNIUM ADVANCED INNOVATION AND RESEARCH,**

*Plaintiff-Appellant*

v.

**DONGHEE AMERICA, INC., DONGHEE ALABAMA, LLC,**

*Defendants-Appellees*

---

2018-2087

---

Appeal from the United States District Court for the District of Delaware in No. 1:16-cv-00187-LPS, Chief Judge Leonard P. Stark.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered November 21, 2019, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

December 30, 2019            /s/ Peter R. Marksteiner
                                                           Peter R. Marksteiner
                                                           Clerk of Court