# BARNES & THORNBURG LLP

1000 N. West Street
Suite 1500
Wilmington, Delaware 19801
302-300-3434
302-300-3456 (Fax)

Regina S.E. Murphy
Partner
(302) 300-3475
gigi.murphy@btlaw.com

January 10, 2020

**Via CM/ECF**
The Honorable Leonard P. Stark, Chief Judge
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Wilmington, DE 19801-3570

   **RE: Plastic Omnium Advanced Innovation and Research v. Donghee America, Inc. and Donghee Alabama, LLC, Civil Action No. 1:16-cv-00187-LPS**

Dear Chief Judge Stark:

  Pursuant to the Court's January 6, 2020 Order, the parties hereby submit this joint status report.

  The Federal Circuit affirmed this Court's grant of summary judgment of noninfringement as it pertains to Plastic Omnium Advanced Innovation and Research's ("Plastic Omnium") U.S. Patent Nos. 6,814,921 and 6,866,812. Plastic Omnium has not taken, and does not intend to take, any further action with respect to the Federal Circuit's ruling.

  The Court's summary judgment order (D.I. 311) also granted summary judgment of non-infringement as to U.S. Patent Nos. 7,166,253; 9,079,490; and 9,399,327; as well as summary judgment of no willful infringement of the asserted patents. Plastic Omnium did not appeal the Court's summary judgment ruling with respect to the '490 patent or the no willful infringement determination, and withdrew its appeal of the Court's '253 and '327 patent rulings following the United States Patent and Trademark Office's cancelation of the asserted claims from these patents. This Court denied summary judgment of noninfringement as to U.S. Patent No. 9,399,326, and this patent was dismissed without prejudice by stipulation on June 1, 2018 (D.I. 328).

  Accordingly, the status of the case is as reflected in the Court's June 11, 2018 entry of Final Judgment (D.I. 333) and remains closed. Pursuant to the Final Judgment, any motion or other requests for attorney's fees, costs, or expenses shall be filed no later than Monday, January 13, 2020.

                Respectfully,

                *Regina S.E. Murphy*

                Regina S.E. Murphy (No. 5648)

cc: All counsel of record (via CM/ECF)