### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLASTIC OMNIUM ADVANCED INNOVATION AND RESEARCH, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DONGHEE AMERICA, INC. and DONGHEE ALABAMA, LLC, | ) ) ) ) |
| Defendants. | ) ) |

C.A. No. 16-187-LPS-CJB

### JOINT STIPULATION AND PROPOSED ORDER REGARDING DEFENDANTS' BILL OF COSTS

Plaintiff Plastic Omnium Advanced Innovation and Research ("POAIR" or "Plaintiff") and Defendants Donghee America, Inc. and Donghee Alabama, LLC ("Donghee" or "Defendants"), through their respective counsel and subject to the approval of this Court, hereby enter into the following stipulation;

**WHEREAS,** appeal of this Court's Judgment in favor of Defendants and against Plaintiff (D.I. 333) was adjudicated by the United States Court of Appeals for the Federal Circuit ("Federal Circuit") in favor of Defendants;

**WHEREAS,** following appeal, the Federal Circuit issued its mandate on December 30, 2019 (D.I. 340);

**WHEREAS,** pursuant to Federal Rule of Civil Procedure 54(d), 28 U.S.C. § 1920, and D. Del. LR 54.1(a)(1), Defendants are the prevailing party entitled to an assessment of costs;

**WHEREAS,** Defendants have filed a bill of costs (D.I. 343) and a corrected bill of costs (D.I. 345); and

**WHEREAS,** Donghee and POAIR have subsequently reached an agreement regarding

the assessment of costs to Donghee in this matter, and that the agreed upon amount below represents the full amount payable to Donghee for all costs incurred in this litigation that may be recoverable under Federal Rule of Civil Procedure 54(d), 28 U.S.C. § 1920, or D. Del. LR 54.1(a)(1);

        **NOW THEREFORE, IT IS HERBY STIPULATED AND AGREED TO BY THE PARTIES**, subject to the Court's approval, that POAIR will pay Donghee an agreed amount of $95,391.00 in costs within 30 days from the date of this Stipulation and that Donghee's bill of costs (D.I. 343) and corrected bill of costs (D.I. 345) are withdrawn.

| BARNES & THORNBURG LLP | POTTER ANDERSON & COROON LLP |
|---|---|
| */s/ Regina S.E. Murphy* | */s/ Philip A. Rovner* |
| Chad S. C. Stover (#4919) | Philip A. Rovner (#3215) |
| Regina S.E. Murphy (#5648) | Jonathan A. Choa (#5319) |
| 1000 North West Street | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| Suite 1500 | P.O. Box 951 |
| Wilmington, DE 19801 | Wilmington, DE 19801-0951 |
| (302) 300-3434 | (302) 984-6000 |
| chad.stover@btlaw.com | provner@potteranderson.com |
| gigi.murphy@btlaw.com | jchoa@potteranderson.com |
| *Attorneys for Plaintiff Plastic Omnium Advanced Innovation and Research* | OF COUNSEL: |
| | Alyssa Caridis |
| | Andrew J. Kim |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 777 South Figueroa Street, Suite 3200 |
| | Los Angeles, CA 90017-5855 |
| | (213) 629-2020 |
| | acaridis@orrick.com |
| | ajkim@orrick.com |
| | Vickie Feeman |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| | Menlo Park, CA 94025-1015 |
| | (650) 614-7620 |
| | vfeeman@orrick.com |
| Dated: January 24, 2020 | *Attorney for Defendants Donghee America, Inc. and Donghee Alabama, LLC* |

IT IS SO ORDERED, this _____ day of _____, 2020.

_____
United States District Judge